UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-21846-JLK

CARLOS BRITO,

    Plaintiff,

v.

DI GIORGIO INVESTMENT CORPORATION, and POLLO, BRASA Y SAZON, CORP. d/b/a POLLO BRASA Y SAZON,

    Defendants,
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, CARLOS BRITO, and Defendants, DI GIORGIO INVESTMENT CORPORATION and POLLO, BRASA Y SAZON, CORP. d/b/a POLLO BRASA Y SAZON hereby advise the Court that the parties have reached an agreement to settle the instant case. The Parties will file a Stipulation dismissing this Action with prejudice no later than twenty (20) days from the date of this Notice. Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines.

Respectfully submitted this November 1, 2024.

*By:* /s/ *Ramon J. Diego*
RAMON J. DIEGO
Florida Bar No.: 689203

**THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
5001 SW 74th Court, Suite 103
Miami, Florida 33155
Telephone: (305) 350-3103
Email: ramon@rjdiegolaw.com
*Counsel for Plaintiff*

By: */s/ Julio A. de Armas*
JULIO A. DE ARMAS
Florida Bar No.: 0098431

**DE ARMAS & ARRIETE, LLC**
5775 Waterford District Drive Ste. #300
Miami, FL 33126
Telephone: (786) 454-9838
Email: eservice@dalegal.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this November 1, 2024.

    Respectfully submitted,

    **THE LAW OFFICE OF RAMON J. DIEGO, P.A.**
    *Attorneys for Plaintiff*
    5001 SW 74th Court, Suite 103
    Miami, FL, 33155
    Telephone: (305) 350-3103
    Primary E-Mail: rdiego@lawgmp.com
    Secondary E-Mail: ramon@rjdiegolaw.com

    By: _/s/_Ramon J. Diego_
    RAMON J. DIEGO